# Hemphill v. Beaver Valley Traction Co.

A Justice of the Peace has no jurisdiction in an action for consequential damages, which before the passage of the procedure Act of May 25, 1887, would have been an action of trespass on the case.

### JURISDICTION—TRESPASS ON THE CASE.

Certiorari to Thomas Garvey, J. P., No. 77 December Term 1901, C. P. Beaver County.

Buchanan and Barnett, Attorneys for Beaver Valley Traction Co., Plaintiff in Error.

Hemphill v. Beaver Valley Traction Co.

The record of the Justice disclosed: "Now Sept. 13th Plft. J. B. Hemphill, appears after being duly sworn to being hurt. Doctor bill, loss of time, 7; breaking of his buggy, damages at $75.

On certiorari being excepted to:

"First. The Justice had no jurisdiction in the case. The case being triable only in the Court of Common Pleas of the County."

## OPINION.

WILSON, P. J. This was an action for consequential damages, hence an action on the case. A Justice of the Peace, would, therefore, have no jurisdiction.

Now, July 16th, 1901, the judgment of the Justice is reversed and set aside.

Reported by Lawrence M. Sebring, Esq.,
Beaver, Pa.